2. VENUE, § 34*—*when error in refusing motion for change of is waived.* Participating in the trial of a case after refusal of a motion for a change of venue waives any error of the court in such refusal.

3. ATTORNEY AND CLIENT, § 11*—*when attorney may not take acknowledgment.* An affidavit for a change of venue sworn to before an attorney in the case should not be received or considered.

4. MUNICIPAL CORPORATIONS, § 867*—*when presumed that findings of trial court are correct.* In the absence from the record of a municipal ordinance upon which the action is based, and of which the court cannot take judicial notice, the findings of the trial court will be presumed correct.

5. APPEAL AND ERROR, § 966*—*binding effect of record.* The Appellate Court is bound by the record as to the proceedings before the trial court.

### City of Chicago, Defendant in Error, v. Gussie Boller, Plaintiff in Error.

### Gen. No. 22,602.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed January 22, 1917.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Gussie Boller, defendant, for keeping and maintaining a house of ill fame for the practice of prostitution in violation of a city ordinance. From a judgment upon a verdict of guilty and fine of seventy-five dollars, defendant brings error.

WILLIAM L. MARTIN, for plaintiff in error.

SAMUEL A. ETTELSON and HARRY B. MILLER, for defendant in error; DANIEL WEBSTER, of counsel.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Hallissey et al. v. Rothschild & Co., 203 Ill. App. 283.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 25*—*when application for extension of time for filing correct stenographic report is too late.* An application for an extension of time for filing a "correct stenographic report" under section 23 of the Municipal Court Act (J. & A. ¶ 3335) made more than thirty days after rendition of the judgment is too late, and the court had no jurisdiction after said thirty days to allow further time for filing such report.

2. MUNICIPAL COURT OF CHICAGO, § 26*—*when question of sufficiency of evidence will not be considered.* Where a stenographic report on writ of error in the Appellate Court under section 23 of the Municipal Court Act (J. & A. ¶ 3335), is stricken from the record because not filed in time, no assignment of error based on the sufficiency of the evidence will be considered.

3. MUNICIPAL COURT OF CHICAGO, § 31*—*when judgment will be affirmed.* Where a stenographic report is stricken from the record and no errors arising from the statutory record are presented, the judgment should be affirmed.

---

John and William Hallissey, trading as Hallissey Brothers, Appellees, v. Rothschild & Company, Appellant.

## Gen. No. 22,606.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed January 22, 1917.

## Statement of the Case.

Action by John and William Hallissey, trading as Hallissey Brothers, plaintiffs, against Rothschild & Company, defendant, to recover damages to plaintiffs'

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.